UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-60791-BLOOM/Valle

DEBRA PERKINS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. On July 17, 2018, the Court ordered the parties to file all depositions and advise of the deposition portions to be used at trial by designating the page and line of each deposition on or before August 28, 2018. ECF No. [37]. To date, neither party has made such filings. Accordingly, it is **ORDERED AND ADJUDGED** that on or before **August 31, 2018**, the parties shall either comply with the requirements of the Order with respect to deposition filings and designations or file a notice with the Court that the party will not be using depositions at trial. Failure to comply may result in sanctions without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of August, 2018.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Case No. 17-cv-60791-BLOOM/Valle